# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

BARRY M. KAZAN
212.351.4554
BKAZAN@EBGLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07
```

June 8, 2007

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: Michael L. Brendzel v. Sojitz Corporation of America, Sojitz Corporation, Jun Matsumoto, Takashi Tsukada, Kazuo Sekikawa, Mitsuo Muto, 06 CV 13708 (RMB)

Dear Judge Berman:

    Pursuant to the Settlement Agreement reached between the parties, we enclose for filing a Stipulation and Order of Dismissal. We respectfully request that Your Honor "So Order" the Stipulation and file it in connection with the above action.

    Thank you for your assistance to the parties.

Respectfully,

Barry M. Kazan

cc: Michael L. Brendzel

RECEIVED JUN 12 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

..................................................................................x
MICHAEL L. BRENDZEL                                     :
                  Plaintiff,                                          :
                                                       :   STIPULATION AND
                 v.                                                          ORDER OF DISMISSAL
                                                        :
SOJITZ CORPORATION OF AMERICA,         06-CV-13708 (RMB)
SOJITZ CORPORATION, JUN MATSUMOTO
TAKASHI TSUKADA, KAZUI SEKIKAWA,       :
MITSUO MOTO                                             :
                  Defendants.                                 x
..................................................................................

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned on their own behalf and on behalf of the parties in the above-captioned action, that the action be and hereby is discontinued and dismissed in its entirety with prejudice, each party to bear his own costs and attorney's fees.

| | |
|---|---|
| Michael L. Brendzel<br>Pro Se Plaintiff<br>21 Oval Road<br>Millburn, New Jersey 07041<br>(973) 379-1675<br>By: _/s/ Michael L. Brendzel_<br>      Michael L. Brendzel | EPSTEIN BECKER & GREEN, P.C<br>    Attorneys for Defendants<br>250 Park Avenue<br>New York, New York 10177-1211<br>(212) 351-4573<br>By: _/s/ Barry Kazan_<br>      Barry Kazan (BK-2793) |

So Ordered: __RMB__
Hon. Richard N. Berman
United States District Judge
6/12/07